**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **BLUE RIBBON INDUSTRIES, INC.,** : | |
|       **Plaintiff,** : | |
|     **v.** : | **CASE NO. 08-CV-3867** |
| : | |
| **BOWE TEXTILE CLEANING USA,** : | |
| **et al.,** : | |
|       **Defendants.** : | |

---

**ORDER**

      **AND NOW**, this 26th day of June 2009, upon consideration of the Motion to Dismiss filed by Defendant Sail Star USA, Inc. [Doc. No. 15], and all briefing thereon, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED without prejudice**.

      It is **FURTHER ORDERED** that Defendants shall answer or otherwise respond to the Complaint herein **within fourteen (14) days** of the date of this Order.

      It is so **ORDERED**.

                        **BY THE COURT:**

                        /s/ Cynthia M. Rufe

                        _____

                        **CYNTHIA M. RUFE, J.**